UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| GUY I. GREENE, | Case No. 17-CV-3551(SRN/KMM) |
| Plaintiff, | |
| v. | ORDER |
| KELLY LAKE, Carlton County Sheriff; CARLTON COUNTY JAIL; PAUL COUGHLIN, BRIAN BELICH, DAVE KAMUNEN; JASON WILMES; CAMMI WERNER; TRAVIS WARNYGORA; JOHN DOES, an unknown number; and JANE DOES, an unknown number, sued in their individual and official capacities, | |
| Defendants. | |

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Kate Menendez, dated September 15, 2017. No objections have been filed to that Report and Recommendation in the time period permitted. Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records, and proceedings herein, the Court now makes and enters the following Order:

IT IS HEREBY ORDERED THAT defendant Carlton County Jail be SUMMARILY DISMISSED pursuant to 28 U.S.C. § 1915A.

**Let Judgment Be Entered Accordingly.**

Date:  October 5, 2017

                                                s/Susan Richard Nelson
                                                SUSAN RICHARD NELSON
                                                United States District Judge