UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| GUY I. GREENE, | Case No. 17-CV-3551 (SRN/KMM) |
| Plaintiff, | |
| v. | **ORDER** |
| KELLY LAKE, Carlton County Sheriff; CARLTON COUNTY JAIL; PAUL COUGHLIN, BRIAN BELICH, DAVE KAMUNEN; JASON WILMES; CAMMI WERNER; TRAVIS WARNYGORA; JOHN DOES, an unknown number; and JANE DOES, an unknown number, sued in their individual and official capacities, | |
| Defendants. | |

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Kate Menendez, dated April 24, 2018. No objections have been filed to that Report and Recommendation in the time period permitted. Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

IT IS HEREBY ORDERED THAT defendant Tom Roy's motion to dismiss [ECF No. 30] is GRANTED and the Amended Complaint is DISMISSED as to Commissioner Roy.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date:  May 11, 2018           s/Susan Richard Nelson
                              SUSAN RICHARD NELSON
                              United States District Court Judge