# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Guy I. Greene, and Hollis Larson, | Case No. 17-cv-3551 (SRN/KMM) |
| Plaintiffs, | |
| v. | **ORDER** |
| Kelly Lake, et al., | |
| Defendants. | |

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Kate Menendez, dated July 9, 2018. No objections have been filed to that Report and Recommendation in the time period permitted. Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED THAT** Mr. Greene's motion for a temporary restraining order **[Doc. No. 71]** is **DENIED**.

Date: July 30, 2018

                                                s/Susan Richard Nelson
                                                SUSAN RICHARD NELSON
                                                United States District Judge